UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

ERIC TOLONEN,

    Plaintiff,

v.              Case No. 21-CV-644

MARY MOORE et al.

    Defendants.

## MOTION TO DISMISS LAWSUIT

Now comes the Plaintiff Eric Tolonen, pro se hereby moves this Court to dismiss the civil action voluntarily in 21-CV-644.

Dated this 23rd day of August 2021.

Respectfully Submitted,

Eric Talonen #429267